UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| LINDSEY GRENN KRINKS, ET AL., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Case No. 3:12-cv-01095 |
| v. ) | Judge Aleta A. Trauger |
| ) | |
| WILLIAM EDWARD "BILL" HASLAM, ) | |
| GOVERNOR OF THE STATE OF ) | |
| TENNESSEE, ET AL., ) | |
| ) | |
| Defendants. ) | |

## ORDER

For the reasons set forth in the accompanying Memorandum, the defendants' Motion for Partial Dismissal is hereby **GRANTED IN PART and DENIED IN PART AS MOOT**. The plaintiffs' demands for injunctive and declaratory relief are **DISMISSED WITHOUT PREJUDICE** as to all defendants. Subject to the clarifications stated by the plaintiffs, the defendants' request to dismiss the plaintiffs' official capacity money damages claims against defendants Haslam, Gibbons, and Cates for alleged violations of the Tennessee Constitution and/or the United States Constitution is **DENIED AS MOOT**. The plaintiffs' remaining official capacity claims against Haslam, Cates, and Gibbons for alleged violations of the Tennessee Constitution are **DISMISSED WITHOUT PREJUDICE**. The plaintiffs' individual capacity claims against Gibbons and Cates for alleged violations of the Tennessee Constitution are **DISMISSED WITH PREJUDICE** as to money damages relief and **DISMISSED WITHOUT PREJUDICE** as to other forms of relief.

1

It is so **ORDERED**.

Enter this 3rd day of May 2013.

_____
ALETA A. TRAUGER
United States District Judge