IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| LINDSEY GLENN KRINKS, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil No. 3:12-1095 |
| ) | Judge Trauger |
| WILLIAM EDWARD (BILL) HASLAM, ) | |
| Governor of the State of Tennessee, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## O R D E R

It is hereby **ORDERED** that plaintiffs shall file a reply to the defendants' Response to the Motion to Stay (Docket Entry No. 31) by Thursday, January 9, 2014. All parties shall file, by the same date, their position on a reference to a magistrate judge for a mediation pursuant to the Joint Statement on Mediation (Docket Entry No. 30).

It is so **ORDERED**.

ENTER this 2nd day of January 2014.

_____
ALETA A. TRAUGER
U.S. District Judge