IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| LINDSEY GLENN KRINKS, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil No. 3:12-1095 |
| ) | Judge Trauger |
| WILLIAM EDWARD (BILL) HASLAM, ) | |
| Governor of the State of Tennessee, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**O R D E R**

It is hereby **ORDERED** that the Plaintiffs' Motion to Stay (Docket No. 31) is **GRANTED**, and this case is **STAYED** pending further orders of the court.

It is further **ORDERED** that this case is **REFERRED** to Magistrate Judge Brown for a mediation/judicial settlement conference, to be conducted sometime after February 1, 2014 and scheduled at the convenience of the Magistrate Judge, the lawyers and the parties. No dispositive or other motions shall be filed while this stay is in effect. It may or may not be lifted before the decision of the Sixth Circuit in the *Occupy Nashville* case.

It is so **ORDERED**.

ENTER this 10th day of January 2014.

_____
ALETA A. TRAUGER
U.S. District Judge