```
                UNITED STATES DISTRICT COURT
                MIDDLE DISTRICT OF TENNESSEE
                     NASHVILLE DIVISION
```

LINDSEY GLENN KRINKS, *et al.*,   )
                                  )
    Plaintiffs                 )
                                  )    No. 3:12-1095
v.                                )    Judge Nixon/Brown
                                  )    **Jury Demand**
WILLIAM EDWARD (BILL) HASLAM,     )
*et al.*,                         )
                                  )
    Defendants                 )

## O R D E R

A settlement conference was held with the parties on March 7, 2014. Although the parties negotiated in good faith, they were not able to come to an agreement satisfactory to all parties. The Magistrate Judge stands ready to assist the parties should they feel that further alternate dispute resolution would be helpful in this matter.

At this point there is nothing further to be done by the Magistrate Judge in this case. Therefore, the **Clerk** is directed to return the file to the assigned judges.

It is so **ORDERED**.

                                         /s/   Joe B. Brown
                                     JOE B. BROWN
                                     United States Magistrate Judge