UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| LINDSAY GLENN KRINKS, et al., | ) | |
|     Plaintiffs, | ) | |
| | ) | |
| | ) | |
| v. | ) | Civil Action No. 3:12-CV-1095 |
| | ) | Judge Trauger |
| | ) | Jury Trial Demanded |
| WILLIAM EDWARD (Bill) HASLAM, | ) | |
| et al., | ) | |
|     Defendants. | ) | |

## CONSENT ORDER OF DISMISSAL WITH PREJUDICE

It appears to the satisfaction of the Court that the following Plaintiffs: Jeremiah Michael Carter, Michelle Muldoon, Autumn Dennis, Tristan Phillip Call, Lindsay Glenn Krinks, Michael T. Weber, Megan Riggs, Dorsey Malina, Elizabeth Sharp, Connie Smith and Taylor Stevens, (hereinafter "Plaintiffs"), and the Defendants have agreed, as evidenced by the signatures of counsel that the Plaintiffs' claims against the Defendants should be dismissed with prejudice;

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the claims of the Plaintiffs against the Defendants are hereby dismissed with prejudice as an adjudication of the merits, and final judgment shall be entered in favor of Defendants William "Bill" Haslam in his official capacity, William Gibbons in his official and individual capacities, and Steven Cates in his official and individual capacities, pursuant to Rule 54; and it is

FURTHER ORDERED, ADJUDGED AND DECREED that no attorneys' fees or expenses will be awarded to any party, and that no discretionary costs or expenses will be requested by any party, and no such fees, costs or expenses will be awarded to any party.

This the ____ day of _____, 2015.

                                                                                                                                             _____
ALETA A. TRAUGER
District Court Judge


Respectfully submitted,

HERBERT H. SLATERY III, BPR 9077
Attorney General & Reporter

s/Dawn Jordan_____
DAWN JORDAN, BPR #020383
HEATHER C. ROSS, BPR # 15644
Office of the Attorney General
P.O. Box 20207
Nashville, Tennessee 37202-0207
(615) 741-6440


s/William Patrick York_____
William Patrick York
114 Porter Terrace
Nashville, TN 37206

2