IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| LINDSEY GLENN KRINKS, *et al.*, )<br>)<br>  Plaintiffs, )<br>)<br>v. )<br>)<br>WILLIAM EDWARD (BILL) HASLAM, )<br>Governor of the State of Tennessee, *et al,* )<br>)<br>  Defendants. ) | Civil No. 3:12-1095<br>Judge Trauger |

## **O R D E R**

It is hereby ORDERED that counsel for the parties shall file a joint status report, informing the court of the status of this case and whether it needs to be reset for trial by March 26, 2015.

It is so **ORDERED**.

ENTER this 17th day of March 2015.

_____
ALETA A. TRAUGER
U.S. District Judge