### IN THE UNITED STATES DISTRICT COURT FOR THE
### MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | |
|---|---|
| LINDSEY GLENN KRINKS, *et al*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil No. 3:12-1095 |
| ) | Judge Trauger |
| WILLIAM EDWARD (BILL) HASLAM, ) | |
| Governor of the State of Tennessee, *et al*, ) | |
| ) | |
| Defendants. ) | |

## O R D E R

It seems apparent that former counsel for the plaintiffs, William Patrick York, II, has not furnished to the two remaining plaintiffs in this case, Michael Custer and Christopher Humphrey, a copy of this court's Order entered March 27, 2015 (Docket No. 47). It is hereby **ORDERED** that the Clerk shall contact Mr. York and get from him correct mailing addresses for these two remaining plaintiffs, who are unrepresented at this point. It is further **ORDERED** that, once these addresses are furnished, the Clerk shall mail via certified mail, return receipt requested, to these two plaintiffs a copy of this court's Order entered March 27, 2015, along with this Order. Mr. Custer and Mr. Humphrey shall have a new deadline of May 22, 2015, within which to have new counsel enter an appearance of record or to file a notice with the court that they will be representing themselves going forward in this case.

It is so **ORDERED**.

ENTER this 29th day of April, 2015.

_____
ALETA A. TRAUGER
U.S. District Judge