## SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Christopher Humphrey
c/o Oasis Center
1704 Charlotte Avenue, Suite 200
Nashville, TN 37203
3:12-cv-01095 #47-48

## COMPLETE THIS SECTION ON DELIVERY

A. Signature
X _[signature]_
☐ Agent
☐ Addressee

B. Received by (Printed Name)  C. Date of Delivery

RECEIVED
IN CLERK'S OFFICE
MAY 0 6 2015
U.S. DISTRICT COURT
MID. DIST. TENN.

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☑ Certified Mail  ☐ Priority Mail Express™
   ☐ Registered     ☐ Return Receipt for Merchandise
   ☐ Insured Mail   ☐ Collect on Delivery

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label)
7014 1200 0000 8021 6879

PS Form 3811, July 2013    Domestic Return Receipt