CLERK, U.S. DISTRICT COURT
800 U.S. COURTHOUSE
NASHVILLE, TENNESSEE 37203

OFFICIAL BUSINESS

RECEIVED
IN CLERK'S OFFICE
MAY 11 2015
U.S. DISTRICT COURT
MID. DIST. TENN.

Christopher Humphrey
639 Lafayette St.
Nashville, TN 372(

RETURN TO SENDER

NIXIE      372    CE  1    7205/06/15
    RETURN TO SENDER
    ATTEMPTED - NOT KNOWN
    UNABLE TO FORWARD

DISTRICT COURT FOR THE
CT OF TENNESSEE
LE DIVISION

)
)
)
)
)
)   Civil No. 3:12-1095
)   Judge Trauger
)
)
)
)

D E R

)f Record filed by William P. York, II (Docket

f the responsibility of further representing the

Custer and Christopher Humphrey. It is further

April 27, 2015, to have new counsel enter an

court that they will be representing themselves

ter and Humphrey comply with this directive, the

duling matters and a trial date.



ALETA A. TRAUGER
U.S. District Judge