CLERK, U.S. DISTRICT COURT
800 U.S. COURTHOUSE
NASHVILLE, TENNESSEE 37203

OFFICIAL BUSINESS

7014 1200 0000 8021 6909

CERTIFIED MAIL

Michael P. Custer
557 Singer Drive
Madison, TN

NIXIE  372  CE 1  7205/17/15

RETURN TO SENDER
UNCLAIMED
UNABLE TO FORWARD

BC: 37203  *3059-02585-17-06*

RECEIVED
IN CLERK'S OFFICE
MAY 18 2015
U.S. DISTRICT COURT
MID. DIST. TENN.

$06.480
Mailed From 37203
04/29/2015
US POSTAGE

...ISTRICT COURT FOR THE
...CT OF TENNESSEE
...E DIVISION

)
)
)
)
)   Civil No. 3:12-1095
)   Judge Trauger
)
)
)
)

...D E R

...of Record filed by William P. York, II (Docket
...of the responsibility of further representing the
...Custer and Christopher Humphrey. It is further
...April 27, 2015, to have new counsel enter an
...court that they will be representing themselves
...ter and Humphrey comply with this directive, the
...eduling matters and a trial date.

ALETA A. TRAUGER
U.S. District Judge