IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| LINDSEY GLENN KRINKS, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil No. 3:12-1095 |
| ) | Judge Trauger |
| WILLIAM EDWARD (BILL) HASLAM, ) | |
| Governor of the State of Tennessee, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**O R D E R**

It appears that the only remaining plaintiffs in this case, Michael Custer and Christopher Humphrey, cannot be located. The court is not prepared, at this point, to dismiss their claims. However, the case cannot move forward because they cannot be located. For these reasons, it is hereby **ORDERED** that the Clerk shall administratively close this case. No further deadlines or trial date will be established at this time.

It is so **ORDERED**.

ENTER this 27th day of May, 2015.

_____
ALETA A. TRAUGER
U.S. District Judge