CLERK, U.S. DISTRICT COURT
800 U.S. COURTHOUSE
NASHVILLE, TENNESSEE 37203

OFFICIAL BUSINESS

RECEIVED
IN CLERK'S OFFICE
JUN 15 2015
U.S. DISTRICT COURT
MID. DIST. TENN.

Christopher Humphrey
639 Lafayette St.
Nashville, TN 3

RETURN TO SENDER

NIXIE        372    42    1009        7205/11/15
             RETURN TO SENDER
             NOT DELIVERABLE AS ADDRESSED
             UNABLE TO FORWARD
BC: 37203                              *2459-04976-28-46

...ISTRICT COURT FOR THE
...CT OF TENNESSEE
...LE DIVISION

)
)
)
)
)
)        Civil No. 3:12-1095
)        Judge Trauger
)
)
)
)

...R D E R

...tiffs in this case, Michael Custer and Christopher

...t prepared, at this point, to dismiss their claims.

...se they cannot be located. For these reasons, it is

...istratively close this case. No further deadlines or

ALETA A. TRAUGER
U.S. District Judge