CLERK, U.S. DISTRICT COURT
800 U.S. COURTHOUSE
NASHVILLE, TENNESSEE 37203

OFFICIAL BUSINESS

RECEIVED
IN CLERK'S OFFICE
JUN 15 2015
U.S. DISTRICT COURT
MID DIST TENN

DISTRICT COURT FOR THE
CT OF TENNESSEE
E DIVISION

)
)
)
)
)
)          Civil No. 3:12-1095
)          Judge Trauger
)
)
)
)

DER

iffs in this case, Michael Custer and Christopher

prepared, at this point, to dismiss their claims.

e they cannot be located. For these reasons, it is

stratively close this case. No further deadlines or

ALETA A. TRAUGER
U.S. District Judge

CERTIFIED MAIL

7014 1200 0000 8021 5377

Christopher Humphrey
639 Lafayette St.
Nashville, TN 37

RETURN TO SENDER

NIXIE      372   EE   1009       7206/10/15
        RETURN TO SENDER
    NOT DELIVERABLE AS ADDRESSED
        UNABLE TO FORWARD

BC: 37203        *1547-01004-28-46

$06.480
Mailed From 37203
05/26/2015
US POSTAGE