[Partial order visible behind envelope; text fragments:]

...STRICT COURT FOR THE
...CT OF TENNESSEE
...LE DIVISION

)
)
)
)
) Civil No. 3:12-1095
) Judge Trauger
)
)
)
)

...D E R

...Of Record filed by William P. York, II (Docket
...f the responsibility of further representing the
...Custer and Christopher Humphrey. It is further
...l April 27, 2015, to have new counsel enter an
...e court that they will be representing themselves
...ster and Humphrey comply with this directive, the
...eduling matters and a trial date.

ALETA A. TRAUGER
U.S. District Judge

CLERK, U.S. DISTRICT COURT
800 U.S. COURTHOUSE
NASHVILLE, TENNESSEE 37203
OFFICIAL BUSINESS

RECEIVED IN CLERK'S OFFICE
JUL 24 2015
U.S. DISTRICT COURT
MID. DIST. TENN.

CERTIFIED MAIL
7014 1200 0000 8021 6879

Christopher Humphrey

RETURN TO SENDER

$06.480
Mailed From 37203
04/29/2015
US POSTAGE