# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| MICHAEL P. CUSTER, ET AL., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil No. 3:12-cv-01095 |
| ) | |
| WILLIAM EDWARD (BILL) HASLAM ) | |
| Governor of the State of Tennessee, ET AL., ) | |
| ) | |
| Defendants. ) | |

## ORDER

On May 9, 2017, the magistrate judge issued a Report and Recommendation (Docket No. 76), to which no timely objections have been filed. The Report and Recommendation is therefore ACCEPTED and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby ORDERED that the defendants' Motion for Summary Judgment (Docket No. 65) is GRANTED, and this case is DISMISSED.

This Order constitutes the judgment in this case.

It is so **ORDERED.**

Enter this 15th day of June 2017.

_____
ALETA A. TRAUGER
United States District Judge